UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                                                      CASE NO. 16-11468-LRC
                                                                            CHAPTER 13
Danny Melton Moody

                                                                            JUDGE RITCHEY CRAIG, LISA

                    DEBTOR                                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Melissa J. Davey files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5-1 | 0808 | $13,170.64 | $13,170.64 | $13,170.64 |
| Total Amount Paid by Trustee | | | | $13,170.64 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit             **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-11468-LRC

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Notice of Final Cure Payment using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey    cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Michelle Rene Ghidotti-Gonsalves    ecfnotifications@ghidottilaw.com
Michael A. Gorove    mandyabarrett@gmail.com, harmon.gorove@gmail.com
Brian K. Jordan    ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com
D. Anthony Sottile    bankruptcy@sottileandbarile.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

Danny Melton Moody
889 Shoemaker Rd
West Point, GA  31833

US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST
C/O BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, SUITE 400
IRVING, TX  75038


Filed Date:  May 17, 2021

/s/ Melissa J. Davey
Melissa J. Davey
GA Bar No. 206310
Chapter 13 Trustee
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
Telephone:  678-510-1444
Facsimile:   678-510-1450